**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 23-57720-JRS |
| | ) | |
| XEDO, INC., | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | JUDGE SACCA |
| | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

**PLEASE TAKE NOTICE** that the undersigned counsel for PMOF Special Situations Private Credit Fund LLC ("PMOF"), as Agent for PMOF and Industrial Lending 1 SA, as lenders, under, inter alia, Bankruptcy Rules 2002 and 9007 and Section 1109(b) of the Bankruptcy Code, 11 U.S.C. § 1109(b), requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon:

>Gary W. Marsh, Esq.
>Pierce E. Rigney, Esq.
>Troutman Pepper Hamilton Sanders LLP
>600 Peachtree Street, NE
>Suite 3000
>Atlanta, GA 30308
>Telephone: (404) 885-2752
>              (404) 885-3901
>Email: gary.marsh@troutman.com
>              pierce.rigney@troutman.com

**PLEASE TAKE FURTHER NOTICE** that under Section 1109(b) of the Bankruptcy Code, this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any order, notice, application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, telegraph, telex, or otherwise that: (1) affects or seeks to affect in any way any rights or interests of any creditor or party in interest in this case, including PMOF, with respect to, inter alia, the following: (a) the debtor; or (b) property of the estate, or proceeds thereof, in which the debtor may claim an interest; or (c) property or proceeds thereof in the possession, custody, or control of others that the debtor may seek to use or claim; or (2) requires or seeks to require any act, delivery of any property, payment or other conduct by PMOF.

**PLEASE TAKE FURTHER NOTICE** that PMOF intends that neither this Notice of Appearance nor any later appearance, pleading, claim, or suit shall waive: (1) PMOF's right to

have final orders in noncore matters entered only after de novo review by a District Judge; (2) PMOF's right to trial by jury in any proceeding so triable in this case; (3) PMOF's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which PMOF is or may be entitled under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments PMOF expressly reserves.

Respectfully submitted, this 17th day of August, 2023.

**TROUTMAN PEPPER HAMILTON SANDERS LLP**

*/s/ Pierce E. Rigney*
Pierce E. Rigney (GA No. 656946)
Gary W. Marsh (GA No. 471290)
600 Peachtree Street, NE
Suite 3000
Atlanta, GA 30308
Telephone:  (404) 885-3901
     (404) 885-2752
Email:    pierce.rigney@troutman.com
     *g*ary.marsh@troutman.com

159129147v1

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2023, I caused a copy of the foregoing *Notice of Appearance and Request for Notices* to be served by electronic transmission to all registered ECF users appearing in this case, and I hereby do certify that on August 17, 2023, I have mailed the foregoing *Notice of Appearance and Request for Notices* by United States Postal Service first-class mail, postage prepaid to the following parties:

**Jason L. Pettie**
Taylor English Duma
Suite 200
1600 Parkwood Circle SE
Atlanta, GA 30339
678-336-7226

*Chapter 7 Trustee*

**U.S. Trustee**
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303
404-331-4437

*U.S. Trustee*

**Xedo, Inc.**
500 Floyd Blvd
Sioux City, IA 51101

*Debtor*

**William A. Rountree**
Rountree Leitman Klein & Geer, LLC
Century Plaza I, Suite 350
2987 Clairmont Road
Atlanta, GA 30329
404-584-1238
Email: wrountree@rlkglaw.com

*Counsel to Debtor*

 

*/s/ Pierce E. Rigney*
Pierce E. Rigney
Georgia Bar No. 656946