UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | ) | CHAPTER 7 |
| | ) | |
| **TIP TOP TUX, LLC**, | ) | CASE NO. 23-57716-JRS |
| | ) | |
|     Debtor. | ) | |
| | ) | |
| In re: | ) | CHAPTER 7 |
| | ) | |
| **HEIGHTS, INC**, | ) | CASE NO. 23-57715-JRS |
| | ) | |
|     Debtor. | ) | |
| | ) | |
| In re: | ) | CHAPTER 7 |
| | ) | |
| **TUXEDO HOLDINGS, INC**, | ) | CASE NO. 23-57717-JRS |
| | ) | |
|     Debtor. | ) | |
| | ) | |
| In re: | ) | CHAPTER 7 |
| | ) | |
| **TUXEDO HOLDINGS MIN, INC**, | ) | CASE NO. 23-57718-JRS |
| | ) | |
|     Debtor. | ) | |
| | ) | |
| In re: | ) | CHAPTER 7 |
| | ) | |
| **SUIT UP, INC**, | ) | CASE NO. 23-57719-JRS |
| | ) | |
|     Debtor. | ) | |
| | ) | |
| In re: | ) | CHAPTER 7 |
| | ) | |
| **XEDO, INC**, | ) | CASE NO. 23-57720-JRS |
| | ) | |
|     Debtor. | ) | |
| | ) | |
| In re: | ) | CHAPTER 7 |
| | ) | |
| **TUXEDO HOLDINGS CLE, INC**, | ) | CASE NO. 23-57721-JRS |
| | ) | |
|     Debtor. | ) | |

{02631700-1 }

# TRUSTEE'S MOTION FOR JOINT ADMINISTRATION
# OF RELATED CHAPTER 7 CASES

COMES NOW Jason L. Pettie, as Chapter 7 Trustee ("**Trustee**") for the bankruptcy estates of Tip Top Tux, LLC, Heights, Inc., Tuxedo Holdings, Inc., Tuxedo Holdings MIN, Inc., Suit Up, Inc., Xedo, Inc., and Tuxdo Holdings CLE, Inc. (collectively, the "**Debtors**"), and hereby moves the Court for entry of an order, pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), directing the joint administration of the Debtors' Chapter 7 cases and the consolidation thereof for procedural purposes only. In further support of this motion, Trustee respectfully shows the Court the following:

## Jurisdiction and Venue

1.    The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409(a).

## Background Facts and Relief Requested

2.    The Debtors filed voluntary petitions for relief under Chapter 7 of Title 11 of the United States Code on August 11, 2023 (the "**Petition Date**"), initiating the above-styled cases.

3.    On August 14, 2023, Trustee was appointed to the Case as the interim Chapter 7 trustee pursuant to 11 U.S.C. § 701(a)(1).

4.    Debtor Tip Top Tux, LLC is the parent company which owns all of the other debtors in the above-styled cases.[1]

5.    Prior to the Petition Date, the Debtors operated bridal and formalwear businesses, selling and renting formalwear and accessories (collectively "Inventory") through multiple retail store locations.

---

[1] Tip Top Tux, LLC, a Delaware limited liability company, owns debtor Suit Up, Inc., a Delaware corporation, and debtor Tuxedo Holdings, Inc, a Delaware corporation, which owns debtor Tuxedo Holdings MIN, Inc., a Delaware corporation, debtor Tuxedo Holdings CLE, Inc., a Delaware corporation, and Heights, Inc., a Delaware corporation.

{02631700-1 }

6.	The Debtors' business operations spanned over 60 retail stores in multiple jurisdictions throughout the United States, as well as at least two warehouse locations.

7.	On the rental side of the Debtors' business operations, customers typically placed a deposit of approximately $100 through cash or credit card transactions with the balance of the payment due when the Inventory was delivered.

8.	Immediately prior to the Petition Date, the Debtors terminated each and every employee.  Trustee is still investigating the Debtors' financial affairs, but it appears that the Debtors' made arrangements to pay every employee outstanding wages up to the date of termination.  The Debtors no longer have employees to assist with the Debtors' business operations.

9.	To administer these cases in a proper, efficient, and economical manner, Trustee seeks entry of an order directing the joint administration of the Debtors' Chapter 7 cases for procedural purposes only.  Trustee does not seek substantive consolidation of the Debtors' estates.

10.	Bankruptcy Rule 1015(b) provides that, if two or more petitions are pending in the same court by or against a debtor and an affiliate, "the court may order a joint administration of the estates." The joint administration of the Debtors' Chapter 7 cases will permit the Clerk of the Court to utilize a single general docket for these cases and combine notices to creditors of the Debtors' respective estates and other parties in interest. Trustee anticipates that numerous notices, applications, motions, other pleadings and orders in these cases will affect many or all of the Debtors. Joint administration will permit counsel for all parties in interest to include the Debtors' respective cases in a single caption on the numerous documents that will be filed and served in these cases. Joint administration also will enable parties in interest in each of the above-captioned Chapter 7 cases to be apprised of the various matters before the Court in all of these cases.

{02631700-1 }

11. Trustee also requests that the Clerk of the Court maintain one (1) file and one (1) docket for all of the Debtors' cases. Trustee suggests that because debtor Tip Top Tux, LLC is the parent company for all the other debtors, its case should be treated as the lead case and serve as the docket for all of the Debtors' cases. Trustee further requests that the following case caption be used for all pleadings filed in the lead case:

> UNITED STATES BANKRUPTCY COURT
> NORTHERN DISTRICT OF GEORGIA
> ATLANTA DIVISION
>
> | In re: | ) | CHAPTER 7 |
> |---|---|---|
> | | ) | |
> | **TIP TOP TUX, LLC**, *et al.* | ) | CASE NO. 23-57716-JRS |
> | | ) | |
> | Debtors. | ) | |

12. In addition, Trustee seeks the Court's direction that a notation substantially similar to the following be entered by the Clerk of the Court on the docket for each of the Debtors' cases to reflect the joint administration:

> An order has been entered in this case directing the joint administration and consolidation for administrative purposes of the Chapter 7 cases of Tip Top Tux, LLC, Heights, Inc., Tuxedo Holdings, Inc., Tuxedo Holdings MIN, Inc., Suit Up, Inc., Xedo, Inc., and Tuxdo Holdings CLE, Inc. All pleadings for any of these cases should be filed in the chapter 7 case of Tip Top Tux, LLC, Case No. 23-57716, and the docket for Case No. 23-57716 should be consulted for all matters affecting these cases.

13. Trustee submits that because this is not a motion for the substantive consolidation of the Debtors' estates, the rights of parties in interest will not be prejudiced or otherwise affected in any way by the entry of an order directing the joint administration of the Debtors' Chapter 7 cases. *In re N.S. Garrott & Sons*, 63 B.R. 189, 191 (Bankr. E.D. Ark. 1986); *Reider v. FDIC (In re Reider)*, 31 F.3d 1102, 1109 (11th Cir. 1994) (citing *Unsecured Creditors Committee v. Leavitt Structural Tubing Co.*, 55 B.R. 710, 712 (N.D. Ill. 1985)). Trustee also submits that because orders

{02631700-1 }

of joint administration relate to the routine administration of a case, they may be entered by the Court in its sole discretion on an ex parte basis. *See Lawrence King, et al.*, Collier on Bankruptcy § 1015.05, at 1015-17 (15th ed. rev. 2002).

WHEREFORE, Trustee respectfully requests that the Court (a) enter an order granting this motion and the relief described herein, and (b) granting such other and further relief as the Court may deem just and proper.

Respectfully submitted this 17th day of August, 2023.

          TAYLOR ENGLISH DUMA, LLP

          By: */s/ Jason L. Pettie*
               Jason L. Pettie,
               Georgia Bar No. 574783
               Suite 200
               1600 Parkwood Circle SE
               Atlanta, GA 30339
               678-336-7226
               *Attorneys for Trustee*

{02631700-1 }

# CERTIFICATE OF SERVICE

This is to certify that I have this day served the foregoing *Trustee's Motion For Joint Administration Of Related Chapter 7 Cases* by depositing in the United States mail a copy of same in a properly addressed envelope with adequate postage affixed thereon to assure delivery by first class mail to the following entities at the addresses stated:

Office of the U.S. Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA  30303

William A. Rountree
Rountree Leitman Klein & Geer, LLC
Century Plaza I, Suite 350
2987 Clairmont Road
Atlanta, GA 30329

Tip Top Tux, LLC
500 Floyd Blvd.
Sioux City, IA 51101

Heights, Inc.
140 James Aldridge Blvd
Atlanta, GA 30336

Tuxedo Holdings CLE, Inc.
500 Floyd Blvd.
Sioux City, IA 51101

Tuxedo Holdings MIN, Inc.
500 Floyd Blvd.
Sioux City, IA 51101

Tuxedo Holdings, Inc.
500 Floyd Blvd.
Sioux City, IA 51101

Xedo, Inc.
500 Floyd Blvd.
Sioux City, IA 51101

Suit Up, Inc.
500 Floyd Blvd.
Sioux City, IA 51101

{02631700-1 }

Heights, Inc.
140 James Aldridge Blvd
Atlanta, GA 30336

This 17th day of August, 2023.

/*s/ Jason L. Pettie*
Jason L. Pettie
Chapter 7 Trustee

{02631700-1 }